# EXHIBIT B

SCOTT C. SUZUKI, ATTORNEY AT LAW

SCOTT C. SUZUKI      #8181
1013 Poha Lane
Honolulu, Hawaii 96826
Telephone:  (808) 983-3850
Facsimile:  (808) 983-3851

Attorney for Petitioner

FILED

2014 APR -9 PM 12: 47

K. MAEDA, CLERK
SECOND CIRCUIT COURT
STATE OF HAWAII

IN THE CIRCUIT COURT OF THE SECOND CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| THE ESTATE OF SONNETTE MARRAS, Deceased.<br><br>IN THE MATTER OF THE CONSERVATORSHIP OF M.P.C.F.S.M., A MINOR CHILD, AGE 5.<br><br>IN THE MATTER OF THE CONSERVATORSHIP OF R.P.O.C.S.S.M., A MINOR CHILD, AGE 11.<br><br>IN THE MATTER OF THE CONSERVATORSHIP OF M.P.C.I.H.S.M., A MINOR CHILD, AGE 1.<br><br>IN THE MATTER OF THE CONSERVATORSHIP OF M.K.C.S.M., A MINOR CHILD, AGE 5. | P. No. 14-1-0016(2)<br>(Formal)<br>C. No. 14-1-0001(2)<br>(Conservatorship of Minor)<br>C. No. 14-1-0002(2)<br>(Conservatorship of Minor)<br>C. No. 14-1-0003(2)<br>(Conservatorship of Minor)<br>C. No. 14-1-0004(2)<br>(Conservatorship of Minor)<br><br>ORDER GRANTING PETITIONS FOR APPOINTMENT OF LIMITED CONSERVATOR<br><br>[RE: C. No. 14-1-0001(2), C. No. 14-1-0002(2), C. No. 14-1-0003(2), and C. No. 14-1-0004(2)]<br><br>HEARING:<br>DATE: MARCH 28, 2014<br>TIME: 8:15 a.m.<br>JUDGE: Hon. Peter T. Cahill |

ORDER GRANTING PETITIONS FOR APPOINTMENT OF LIMITED CONSERVATOR

[RE: C. No. 14-1-0001(2), C. No. 14-1-0002(2),
C. No. 14-1-0003(2), and C. No. 14-1-0004(2)]

I hereby certify that this is a full, true and
correct copy of the original.

_____
CLERK, Second Circuit Court

The Petitions for Appointment of Limited Conservator filed in C. No. 14-1-0001(2) on January 23, 2014, C. No. 14-1-0002(2) on January 24, 2014, C. No. 14-1-0003(2) on January 27, 2014 and C. No. 14-1-0004(2) on January 27, 2014, (hereinafter collectively called the "Petitions"), came on for hearing before the Honorable Peter T. Cahill, Judge of the Circuit Court of the Second Circuit, on Friday, March 28, 2014 at 8:15 a.m., with SCOTT C. SUZUKI, Esq. appearing for Petitioner and Proposed Limited Conservator, GARY A. POWELL, EXECUTIVE DIRECTOR OF THE CAREGIVER FOUNDATION, INC., who was also present. DOUGLAS H. IGE, Kokua Kanawai, appeared.

The Court having reviewed the records and documents filed herein and having considered the representations of counsel, and good basis appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

A. The Petitions for Appointment of Limited Conservator filed in C. No. 14-1-0001(2), C. No. 14-1-0002(2), C. No. 14-1-0003(2), and C. No. 14-1-0004(2)] are granted, subject to the recommendations of the Kokua Kanawai, which are approved and adopted and to note that the Limited Conservator may enter into an attorney/client contract on behalf of the Protected Persons;

B. Jurisdiction and venue are proper;

C. The Protected Persons are minors as defined in H.R.S. § 560:5-102 and the Protected Persons own money or property requiring protection that cannot otherwise be provided and that protection is necessary or desirable to enable the limited conservator to act on behalf of the Protected Persons with respect to the pending civil matter;

D. A basis exists for the appointment of a limited conservator for each of the Protected Persons;

E. The appointment of a limited conservator to act on behalf of the Protected Persons with respect to the pending civil matter is in the best interest of each of the Protected Persons;

F. GARY A. POWELL, EXECUTIVE DIRECTOR OF THE CAREGIVER FOUNDATION, INC., is qualified to serve as limited conservator;

G. GARY A. POWELL, EXECUTIVE DIRECTOR OF THE CAREGIVER FOUNDATION, INC., as limited conservator of each of the Protected Persons, is authorized and ordered: (1) to act on behalf of the Protected Persons as to all matters related to the pending civil matter, including but not limited to the authority to enter into an attorney/client contract on behalf of the Protected Persons, attend hearings, conferences, mediation, arbitration, negotiations, and consultations, to participate with respect to settlements, financial planning, and to execute

all documents and releases necessary or desirable to resolve the case on behalf of the Protected Persons subject to court approval pursuant to Hawaii Probate Rule 101; and (2) to file further petitions to compromise any claims related to the pending civil matter on behalf of the Protected Persons pursuant to Hawaii Probate Rule 101;

H. Letters of Limited Conservatorships shall be issued to GARY A. POWELL, EXECUTIVE DIRECTOR OF THE CAREGIVER FOUNDATION, INC. with limited powers: (1) to act on behalf of the Protected Persons as to all matters related to the pending civil matter, including but not limited to the authority to enter into an attorney/client contract on behalf of the Protected Persons, attend hearings, conferences, mediation, arbitration, negotiations, and consultations, to participate with respect to settlements, financial planning, and to execute all documents and releases necessary or desirable to resolve the case on behalf of the Protected Persons subject to court approval pursuant to Hawaii Probate Rule 101; and (2) to file further petitions to compromise any claims related to the pending civil matter on behalf of the Protected Persons pursuant to Hawaii Probate Rule 101;

I. The Limited Conservator is not required to file an accounting unless or until the Protected Persons obtain an

award or a compromise of the civil matter, and then accountings shall be made pursuant to further order of the Court;

J.  The Limited Conservator shall deliver or send within fourteen (14) days of entry of this Order, a copy of this Order to the Protected Persons together with a statement of the right to seek termination or modification; and

K.  The fees and costs of the Kokua Kanawai, in the amount of $1,833.22 are approved.

L.  The fees and costs of the Petitioner's attorney incurred in connection to this Petition, plus general excise tax and costs as submitted by Declaration, are approved.

DATED: Wailuku, Hawaii  _____APR - 9 2014_____.

/S/ PETER T. CAHILL (SEAL)

Judge of the Above-Entitled Court

APPROVED AS TO FORM AND CONTENT:

_____
DOUGLAS H. IGE, KOKUA KANAWAI

---

P. No. 14-1-0016(2); C. No. 14-1-0001(2); C. No. 14-1-0002(2); C. No. 14-1-0003(2); C. No. 14-1-0004(2); THE ESTATE OF SONNETTE MARRAS, Deceased; IN THE MATTER OF THE CONSERVATORSHIP OF M.P.C.F.S.M., A MINOR CHILD, AGE 5; IN THE MATTER OF THE CONSERVATORSHIP OF R.P.O.C.S.S.M., A MINOR CHILD, AGE 11; IN THE MATTER OF THE CONSERVATORSHIP OF M.P.C.I.H.S.M., A MINOR CHILD, AGE 1; IN THE MATTER OF THE CONSERVATORSHIP OF M.K.C.S.M., A MINOR CHILD, AGE 5; ORDER GRANTING PETITIONS FOR APPOINTMENT OF LIMITED CONSERVATOR.