HID 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

KEAHI PAVAO; DEREK KAMIYA as personal representative of the ESTATE OF SONNETTE MARRAS, GARY POWELL on behalf of and as conservator for M.P.C.F.S.M, a minor child, R.P.O.C.S.S.M., a minor child, M.P.C.I.H.S.M, a minor child, and M.K.C.S.M., a minor child; MICHAEL SORIANO; and LANCE TANIGUCHI

*Plaintiff*

v.

USPLABS, LLC, JONATHAN VINCENT DOYLE (an individual), JACOB GEISSLER (an individual) a/k/a JACOBO GEISSLER, USPLABS OXYELITE, LLC, USPLABS OXYELITE PN, LLC, GNC CORPORATION, S.K. LABORATORIES, INC., VITA-TECH INTERNATIONAL, INC. and DOES 1-500

*Defendant*

Civil Action No.

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  USPLABS, LLC;
JONATHAN VINCENT DOYLE (an individual);
JACOB GEISSLER (an individual) a/k/a JACOBO GEISSLER;
USPLABS OXYELITE, LLC;
USPLABS OXYELITE PN, LLC;
GNC CORPORATION;
S.K. LABORATORIES, INC.;
VITA-TECH INTERNATIONAL, INC.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: